DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ARTHUR FROOM,**
Appellant,

v.

**BYRON ROSALES** and **VANESSA ROSALES,**
Appellees.

No. 4D20-1938

[March 24, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE 17-003446 (09).

Arthur Froom, Hallandale Beach, pro se.

William A. Treco of Tepps Treco, Plantation, for appellees.

PER CURIAM.

*Affirmed.*

CONNER, C.J., GERBER and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***